```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

WILLIAM SELTZER, JR.,                :

    Plaintiff,                   :

vs.                                  :   CIVIL ACTION 07-0383-WS-M

MOBILE CITY POLICE DEPARTMENT,       :

    Defendant.                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED IN PART as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice to Plaintiff's ability to refile a complaint against properly named defendants. The Clerk is DIRECTED to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, and of this Order and Judgment adopting the Report and Recommendation.

    DONE this 18th  day of August 2008.

> S/William H. Steele
> UNITED STATES DISTRICT JUDGE